IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNNY ESPINOZA,

    Defendant.

ORDER

Case No. 12-cr-104-bbc-2

---

The defendant in the above-entitled case has been:

__X__ convicted of the charge against him/her and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

The State Department is not to reissue a passport without approval of U.S. Probation.

_____ convicted of the charge against him/her and no appeal is pending. Therefore, it is directed that the passport be transferred to the ICE Regional Office, Milwaukee, Wisconsin.

_____ acquitted of the charge against him/her and/or the charge against him/her has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his/her authorized representative.

_____ Defendant deceased. Therefore, it is directed that the passport be returned to the State Department.

_____ Defendant deceased. Therefore, it is directed that the passport be returned to the ICE Regional Office.

Date: 2-24-14

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge